DCM FORM NO. 7
1/1/92

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

CASE MANAGEMENT CONFERENCE HELD BEFORE JUDGE DONALD C. NUGENT MAY 7, 2026
JUDICIAL OFFICER

| | |
|---|---|
| Darlene Dixon,<br>Plaintiff(s),<br>v.<br><br>Lyondellbasell Advanced Polymers, Inc.,<br>Defendant(s). | CASE NO. 5:26 CV 637<br><br>Length of Conference:<br><br>JUDGE: DONALD C. NUGENT |

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE? YES ☐ NO ☒

TRACK DESIGNATION:

Administrative ☐ Expedited ☐ Standard ☒ Complex ☐ Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION: YES ☐ NO ☒
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐ Mediation ☐ Arbitration ☐ Summary Jury Trial ☐ Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: ____________________

DISCOVERY TYPE AND EXTENT: Def did in house investigations by hiring outside investigator Document / depo's, etc

DISCOVERY CUT OFF DATE: 1/14/27

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 8/27/26 @ 8:45 AM

NOTES: CMC held by phone - planning Rpt. filed. Case removed from Summit Cty Common Pleas Court. Ⓟ claims - Discrimination - Race, Age, Disability - Ⓟ Put on Performance Plan - Ⓟ took time off - Def did not allow her to return to work remotely - Def needs to get counsel to file for Pro Hac Vice.

Length of Proceeding: 15 min

Donald C. Nugent 5/7/26
DISTRICT JUDGE